IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIV |
| v. | ) ) ) | **COMPLAINT** |
| STOCK BUILDING SUPPLY, INC. and STOCK BUILDING SUPPLY OF NEW MEXICO, Inc. | ) ) ) ) ) ) | **JURY TRIAL DEMAND** |
| Defendants. | ) ) | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a against Stock Building Supply, Inc. and Stock Building Supply of New Mexico, Inc., ("Defendants" or "Stock Building") to correct unlawful employment practices on the basis of gender discrimination and to provide appropriate relief to Cynthia Lopez who was adversely affected by such practices. The Commission alleges Ms. Lopez was subjected to gender discrimination by termination.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000e-5 (f)(1) and(3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.  The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of New Mexico.

## PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.      Defendant Stock Building Supply, Inc., a North Carolina corporation, has continuously been doing business in the state of New Mexico and the City of Albuquerque and has at all relevant times had a least fifteen employees.

5.      Defendant Stock Building Supply of New Mexico, Inc., a New Mexico corporation, has continuously been doing business in the state of New Mexico and the City of Albuquerque and has at all relevant times had a least fifteen employees.

6.      At all relevant times, Defendants have continuously been and are now employers engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

7.      More than thirty days prior to the institution of this lawsuit, Cynthia Lopez filed a charge with the Commission alleging violations of Title VII by Defendants. All conditions precedent to the institution of this lawsuit have been fulfilled.

8.      Since at least November 2006, Defendants have engaged in unlawful employment practices at their Albuquerque, New Mexico facility in violation of Section 703(a) of Title VII, 42 U.S.C. §§ 2000e-2(a) including subjecting Ms. Lopez to gender discrimination by terminating her because of her sex.

9. The effect of the practices complained of in paragraph 8 above has been to deprive Ms. Lopez of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex, female.

10. The unlawful employment practices complained of in paragraph 8 above were intentional.

11. The unlawful employment practices complained of in paragraph 8 above were done with malice and/or with reckless indifference to the federally protected rights of Ms. Lopez.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendants, their officers, successors, assigns and all persons in active concert or participation with it, from engaging in gender discrimination and any other employment practice which discriminates on the basis of sex.

B. Order Defendants to institute and carry out policies, practices and programs which provide equal employment opportunities for females and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendants to make whole Ms. Lopez by providing compensation for any pecuniary losses resulting from the unlawful employment practices described in paragraph 8 above.

D. Order Defendants to make whole Ms. Lopez by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described in paragraph 8 above, including emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life, in amounts to be determined at trial.

E.      Grant such further relief as the Court deems necessary and proper in the public interest.

F.      Award the Commission its costs of this action.

## JURY TRIAL DEMANDED

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 30th day of September, 2008.

Respectfully submitted,

RONALD COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 L Street, NW
Washington, D.C.  20507


*/s/ Molina for Mary Jo O'Neill*
MARY JO O'NEILL
Regional Attorney

*/s/ Molina for Sally C. Shanley*
SALLY C. SHANLEY
Supervisory Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
Phoenix District Office
3300 North Central Avenue
Suite 690
Phoenix, Arizona 85012


**Electronically Filed**

*/s/ Veronica A. Molina*
Trial Attorney

Loretta Medina
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
Albuquerque Area Office
505 Marquette NW, Suite 900
Albuquerque, New Mexico 87102
(505) 248-5231

Attorneys for Plaintiff